SCOTT, Respondent, v. TOWN OF NORTH SALEM, et al., Appellant. (Supreme Court,

Appellate Division, Second Department. July 29, 1910.) Action by Hiram K. Scott, Jr., against the Town of North Salem and others. No opinion. Motion for reargument denied, with costs. See, also, 122 N. Y. Supp. 497.